Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No.: 12-CV-5580 LB |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | Courtroom C, 15th Floor<br>Hon. Laurel Beeler |
| U.S. DEPARTMENT OF TRANSPORTATION, | |
| Defendant. | |

JENNIFER LYNCH, ESQ.
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : ELECTRIC FRONTIER
Defendant : DEPARTMENT OF HOMELAND SECURITY

Ref#: 315225          *    **PROOF OF SERVICE**    *   Case No.: C 12-05580 ~~DMR~~ LB

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL ACTION; COMPLAINT FOR INJUNCTIVE RELIEF FOR VIOLATION OF THE FREEDOM OF INFORMATION ACT, 5 U.S.C. § 552; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT; U.S. DISTRICT COURT SAN FRANCISCO OFFICE HOURS AND INFORMATION; NOTICE OF ASSIGNEMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

in the within action by personally delivering true copies thereof to the person named below, as follows:

|  |  |
|---|---|
| Party served | : SECRETARY JANET NAPOLITANO, DEPARTMENT OF HOMELAND SECURITY |
| By serving | : Elsie Sato, Civil Process Clerk |
| Address | : U.S. Department of Justice<br>450 Golden Gate Avenue #11000<br>San Francisco, CA 94102 |
| Date of Service: | October 31, 2012 |
| Time of Service: | 1:35 PM |

Person who served papers:
MARY SCHWAB
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $30.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 1010
(iii) County: San Francisco

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: November 1, 2012                Signature: _Mary Schwab_