1  Jennifer Lynch (SBN 240701)
   *jlynch@eff.org*
2  ELECTRONIC FRONTIER FOUNDATION
3  454 Shotwell Street
   San Francisco, CA 94110
4  Telephone: (415) 436-9333
   Facsimile: (415) 436-9993
5
   Attorneys for Plaintiff
6  ELECTRONIC FRONTIER FOUNDATION
7

8
               UNITED STATES DISTRICT COURT
9
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12
   ELECTRONIC FRONTIER FOUNDATION,   )   Case No.: 12-CV-5580 LB
13                                   )
                        Plaintiff,   )   **PROOF OF SERVICE**
14                                   )
                                     )   Courtroom C, 15th Floor
15        v.                         )   Hon. Laurel Beeler
                                     )
16 U.S. DEPARTMENT OF TRANSPORTATION,)
                                     )
17                      Defendant.   )
                                     )
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

I, Stephanie Shattuck, do hereby affirm that I am over the age of 18 years and not a party to the within action. My business address is 454 Shotwell Street, San Francisco, California 94110.

On October 31, 2012, I served the following documents:

- Complaint for Injunctive Relief for Violation of the Freedom of Information Act, 5 U.S.C. § 552
- Summons in a Civil Action
- Welcome to the San Francisco Divisional Office of the United States District Court
- ECF Registration Information Handout
- Consent/Declination to Proceed Before US Magistrate Judge
- Notice of Assignment to a US Magistrate Judge for Trial
- Judge Beeler's Standing Orders
- Standing Order for All Judges of the Northern District of California
- Order Setting Initial Case Management Conference and ADR Deadlines

on the person(s) below as follows:

X   By United States Certified Mail- I enclosed the documents in a sealed envelope addressed to:

Secretary Janet Napolitano
DEPARTMENT OF HOMELAND SECURITY
U.S. Department of Homeland Security
Washington, DC  20528

and deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid. I am a resident of the county where the mailing occurred. The envelope was placed in the mail at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on October 31, 2012.

*/s/ Stephanie Shattuck*
Stephanie Shattuck