Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorney for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　Defendant. | Case No.: 4:12-cv-5580 PJH<br>　AMENDED<br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE CASE**<br>**MANAGEMENT CONFERENCE**<br><br>Date: March 7, 2013<br>Time: 2:00 PM<br>Place: Courtroom 3, 3rd Floor<br>Hon. Phyllis J. Hamilton |

Plaintiff Electronic Frontier Foundation and Defendant Department of Homeland Security have conferred and hereby stipulate to and respectfully request the Court continue the initial Case Management Conference from its currently scheduled date of March 7, 2013 to March 21, 2013 or to the Court's earliest convenience thereafter.

Counsel for Plaintiff is scheduled to speak at a conference out of town on March 8, 2013 and must travel on March 7, 2013. Counsel for Defendant is scheduled to be out of the country on vacation on March 14, 2013. March 21, 2013 is the first date that counsel for both parties will be available.

The requested time modification should not adversely affect the Court's schedule because this is a case pursuant to the Freedom of Information Act and the parties have been in communications about the agency's search for records and a possible processing and production schedule.

DATED: January 28, 2013                Respectfully submitted,


By: _____/s/ *Jennifer Lynch*_____
Jennifer Lynch, Esq.
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorney for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

By: _____/s/ *Jennie L. Kneedler*___
Jennie L. Kneedler, Esq.
United States Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Telephone: (202) 305-8662
Facsimile: (202) 616-8470

Attorney for Defendant
UNITED STATES DEPT. OF HOMELAND SECURITY

**DECLARATION PURSUANT TO L.R. 5.1**

I, Jennifer Lynch, hereby declare that I have obtained Defendant's concurrence in the filing of this document from Jennie L. Kneedler, counsel for Defendant.

Executed on January 28, 2013, in San Francisco, California.

　　　　　　　　　　　　　　　　　　　　/s/ Jennifer Lynch
　　　　　　　　　　　　　　　　　　　　Jennifer Lynch

\*   \*   \*   \*   \*   \*   \*

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. The case management conference is continued to March 21, 2013 at 2:00 p.m.

Dated: 1/29/13

　　　　　　　　　　　　　　　　　　　　The Hon. Phyllis J. Hamilton
　　　　　　　　　　　　　　　　　　　　United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton