UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELECTRONIC FRONTIER,

    Plaintiff(s),　　　　　　　　　　No. C 12-5580 PJH

    v.　　　　　　　　　　　　　　　**ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE**

DEPARTMENT OF HOMELAND SECURITY,

    Defendant(s).
_____/

    One or more of the parties has requested to appear telephonically at the Case Management Conference ("CMC") scheduled for **March 21, 2013 at 2:00 p.m**. The courtroom is not equipped for telephonic appearances, but the court will conduct a conference in chambers with **all** parties appearing telephonically before the regular CMC calendar. The conference will occur on **March 21, 2013 at 1:30 p.m.** The party/attorney requesting a telephonic appearance shall initiate the call to all parties and to the court at (510) 637-1291.

    IT IS SO ORDERED.

Dated: March 15, 2013

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　　　United States District Judge