1  STUART F. DELERY
   Assistant Attorney General
2  MELINDA L. HAAG
   United States Attorney
3  ELIZABETH J. SHAPIRO
   Deputy Branch Director
4  JENNIE L. KNEEDLER, D.C. Bar No. 500261
   Trial Attorney
5  United States Department of Justice
   Civil Division, Federal Programs Branch
6  P.O. Box 883
   Washington, D.C.  20044
7  Telephone:  (202) 305-8662
   Facsimile:  (202) 616-8470
8  Email: Jennie.L.Kneedler@usdoj.gov

9  *Attorneys for Defendant*
   *United States Department of Homeland Security*

10

11

12              **IN THE UNITED STATES DISTRICT COURT**

13           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14                       **OAKLAND DIVISION**

15
                                              )
16  ELECTRONIC FRONTIER FOUNDATION,   )   Case No.: 12-cv-5580 PJH
                                              )
17                  Plaintiff,              )   **STIPULATION AND [PROPOSED]**
                                              )   **ORDER TO CONTINUE HEARING**
18              v.                          )   **DATE ON CROSS MOTIONS FOR**
                                              )   **SUMMARY JUDGMENT**
19  DEPARTMENT OF HOMELAND           )
    SECURITY,                             )
20                                           )    Date:  December 11, 2013
                    Defendant.           )    Time: 9:00 am
21                                           )    Place: Courtroom 3, 3rd Floor
                                              )    Judge: Hon. Phyllis J. Hamilton
22  _____ )

23

24

25

26

27

28
          STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON
                 CROSS MOTIONS FOR SUMMARY JUDGMENT
                       Case No.: 12-cv-5580 PJH

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Fed. R. Civ. P. 6(b)(1) and Civil L.R. 6-2, Plaintiff Electronic Frontier Foundation ("EFF") and Defendant Department of Homeland Security ("DHS"), by and through undersigned counsel, have conferred and hereby stipulate to and respectfully request that the Court grant a continuance of the hearing date for the parties' cross motions for summary judgment. The hearing date is currently scheduled for Wednesday, December 11, 2013, and the parties request that the hearing be continued to Wednesday, January 15, 2014.

This is a case pursuant to the Freedom of Information Act ("FOIA"). The parties seek a continuance of the hearing date on their cross motions for summary judgment because U.S. Customs & Border Protection ("CBP"), a component of Defendant DHS, recently realized that it did not release all records responsive to Plaintiff's FOIA request. *See* Declaration of Jennie L. Kneedler ("Kneedler Decl.") ¶ 2. Specifically, CBP discovered that there are additional entries from the Daily Reports to the Assistant Commissioner of the Office of Air and Marine ("OAM") that reflect UAS support to other agencies for the dates covered by the FOIA request that have not been released to Plaintiff. *See id.* CBP is currently processing these additional records for release, and re-reviewing the Daily Reports for 2010-2012 for any additional responsive entries. *See id.* ¶ 3. CBP plans to make a supplemental release to Plaintiff, but it would be difficult for CBP to do so before December 11, 2013. *See id.* ¶ 4. Continuing the hearing date until January 15, 2014 will give Defendant sufficient time to make a supplemental release to Plaintiff, and Plaintiff sufficient time to review the additional records, before the Court conducts a hearing on the parties' cross motions for summary judgment. *See id.* ¶ 5. The parties do not currently anticipate that additional briefing will be necessary. *See id.* ¶ 6.

The parties were unable to request this continuance earlier because CBP only recently confirmed that there are additional records responsive to Plaintiff's FOIA request that have not been released. *See id.* ¶ 7.

Continuing the hearing date on the parties' cross motions for summary judgment will minimally affect the present schedule for this case because the parties' cross motions for summary judgment are fully briefed, and the continuance will only postpone the hearing date by five weeks.

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON
CROSS MOTIONS FOR SUMMARY JUDGMENT
Case No.: 12-cv-5580 PJH

1

2   There are no other deadlines currently scheduled in this case other than the hearing date on the

3   parties' cross motions for summary judgment.  *See id*. ¶ 8.   The only other time modification

4   previously granted by the Court in this case was a stipulation to continue the initial case

5   management conference by two weeks.  *See id*. ¶ 9.

6

7   DATED: December 3, 2013                Respectfully submitted,

8   */s/ Jennifer Lynch*                               STUART F. DELERY
    ELECTRONIC FRONTIER FOUNDATION    Assistant Attorney General
9   Jennifer Lynch, Esq.
    815 Eddy Street                               ELIZABETH J. SHAPIRO
10  San Francisco, CA  94109                    Deputy Branch Director
    Telephone:  (415) 436-9333
11  Facsimile:  (415) 436-9993               /s/ *Jennie L. Kneedler*
                                                             Jennie L. Kneedler
12  *Attorney for Plaintiff*                      Trial Attorney
                                                             United States Department of Justice
13                                                           Civil Division, Federal Programs Branch
                                                             P.O. Box 883
14                                                           Washington, D.C.  20044
                                                             Telephone: (202) 305-8662
15                                                           Facsimile:  (202) 616-8470
                                                             E-mail: Jennie L. Kneedler@usdoj.gov
16
                                                             *Attorneys for Defendant*
17

18              **DECLARATION PURSUANT TO CIVIL L. R. 5-1(i)(3)**

19          I, Jennie L. Kneedler, attest that I have obtained the concurrence of Jennifer Lynch,

20  Counsel for Plaintiff, in the filing of this document.

21          Executed on December 3, 2013, in Washington, DC.

22

23                                                   */s/ Jennie L. Kneedler*
                                                             Jennie L. Kneedler
24

25                             *    *    *    *    *    *    *

26

27

28                                                   2

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.


Dated: _____

                                            The Hon. Phyllis J. Hamilton
                                            United States District Judge


\*   \*   \*   \*   \*   \*   \*


## CERTIFICATE OF SERVICE

      I hereby certify that on December 3, 2013, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

      Executed on December 3, 2013, in Washington, DC.


                                        */s/ Jennie L. Kneedler*
                                          Jennie L. Kneedler