STUART F. DELERY
Assistant Attorney General
MELINDA L. HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director
JENNIE L. KNEEDLER, D.C. Bar No. 500261
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 305-8662
Facsimile:  (202) 616-8470
Email: Jennie.L.Kneedler@usdoj.gov

*Attorneys for Defendant*
*United States Department of Homeland Security*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No.: 12-cv-5580 PJH |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | Date: |
| DEPARTMENT OF HOMELAND SECURITY, | Time:<br>Place:<br>Judge: |
| Defendant. | |

1  Upon consideration of the Joint Case Statement filed by the parties on April 28, 2014, the
2  Court hereby ORDERS that the parties have until May 28, 2014 to file a joint case statement
3  advising the Court how they wish to proceed on Plaintiff's cause of action for wrongful denial of
4  EFF's fee waiver request.

6  IT IS SO ORDERED, this  29  day of  April          , 201 4 .

8  _____
9  The Honorable Phyllis J. Hamilton
   United States District Judge