Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorney for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>  Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>  Defendant. | Case No.: 4:12-cv-5580 PJH<br><br>**JOINT STATUS REPORT, STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES**<br><br>Hon. Phyllis J. Hamilton |

Plaintiff Electronic Frontier Foundation and Defendant Department of Homeland Security have conferred and hereby stipulate to the following joint status report and briefing schedule.

Pursuant to the Joint Case Statement filed on April 28, 2014 (Doc. No. 37), the parties have discussed remaining issues in dispute. Defendant has agreed to grant Plaintiff's request, under the Freedom of Information Act, for a fee waiver, thus resolving Plaintiff's cause of action for wrongful denial of EFF's fee waiver request. However, the parties could not come to a resolution on Plaintiff's claim for costs and attorney's fees. For this reason, the parties respectfully request that the Court set the following briefing schedule for Plaintiff's motion for attorney's fees:

| | |
|---|---|
| June 11, 2014: | Plaintiff files Motion for Attorney's Fees and Costs |
| June 25, 2014: | Defendant files Opposition |
| July 2, 2014: | Plaintiff files Reply |
| July 23, 2014: | Hearing date on Plaintiff's Motion |

DATED: May 28, 2014                    Respectfully submitted,

By: _____/s/ *Jennifer Lynch*_____
Jennifer Lynch, Esq.
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorney for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

By: _____/s/ *Jennie L. Kneedler*___
Jennie L. Kneedler, Esq.
United States Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Telephone: (202) 305-8662
Facsimile: (202) 616-8470

Attorney for Defendant
UNITED STATES DEPT. OF HOMELAND SECURITY

-1-
JOINT STATUS REPORT, STIPULATION AND [PROPOSED]
ORDER SETTING BRIEFING SCHEDULE
CASE NO: 12-CV-5580 PJH

**DECLARATION PURSUANT TO L.R. 5.1**

I, Jennifer Lynch, hereby declare that I have obtained Defendant's concurrence in the filing of this document from Jennie L. Kneedler, counsel for Defendant.

Executed on May 28, 2014, in San Francisco, California.

                                                */s/ Jennifer Lynch*
                                                Jennifer Lynch

\*   \*   \*   \*   \*   \*   \*

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated: _____

                                                The Hon. Phyllis J. Hamilton
                                                United States District Judge