UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELECTRONIC FRONTIER FOUNDATION,

    Plaintiff,

    v.

DEPARTMENT OF HOMELAND SECURITY,

    Defendant.

_____/

No. C 12-5580 PJH

**ORDER RE JUDGMENT AND MOTION FOR ATTORNEY'S FEES**

On May 28, 2014, the parties filed a joint status report, as well as a stipulation regarding a briefing schedule for plaintiff's anticipated motion for attorney's fees. In the joint status report, the parties state that defendant "has agreed to grant plaintiff's request, under the Freedom of Information Act, for a fee waiver, thus resolving plaintiff's cause of action for wrongful denial of EFF's fee waiver request." Plaintiff's only other asserted cause of action, for wrongful refusal of agency records, was resolved in this court summary judgment order, dated March 31, 2014. See Dkt. 36. Thus, it appears that all asserted claims have now been resolved. Accordingly, the court directs the parties to file a proposed judgment no later than **June 11, 2014**.

As mentioned above, the parties have also stipulated to a briefing schedule for plaintiff's anticipated motion for attorney's fees. The court GRANTS the parties' stipulation, and sets the following deadlines for the motion:

    June 11, 2014:    Plaintiff files motion for attorney's fees

    June 25, 2014:    Defendant files opposition

    July 2, 2014:    Plaintiff files reply

The court will not set a hearing date at this time; instead, after briefing is complete, the court will determine whether a hearing is necessary.

**IT IS SO ORDERED**.

Dated: May 29, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge